Certificate Number: 03053-NYW-CC-006922970

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 2, 2009, at 12:48 o'clock PM EDT,

Andre Middlebrooks received from

Consumer Credit Counseling Service of Buffalo, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of New York, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 2, 2009

By /s/Lisa Frankenberger

Name Lisa Frankenberger

Title Senior Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).